# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-8418 CAS | Date | November 30, 2011 |
|---|---|---|---|
| Title | IN RE: ASATOUR BAGHDASARIAN | | |

| Present: The Honorable | CHRISTINA A. SNYDER, United States District Judge |
|---|---|

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**       (IN CHAMBERS) ORDER TO SHOW CAUSE

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required:

XXX   Statement of Issues
XXX   Designation of Record
XXX   Notice of Transcript
XXX   No Transcript(s) has (have) been filed as ordered
XXX   No filing fee has been paid for Notice of Appeal

The Notice Regarding Appeal from Bankruptcy Court warned that the "failure of either party to comply with the time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal. Only once the parties file the required documents with the Bankruptcy Court can that court issue a Certificate of Readiness to the Clerk of the District Court.

To date, and despite the expiration of time within which to do so, the appellant does not appear to have filed all of the required documents. See Fed. R. Bankr. P. 8006. Accordingly, appellant is hereby ordered to show cause in writing, on or before December 15, 2011, why this appeal should not be dismissed for lack of prosecution. Failure to adequately respond to this Order may result in the imposition of sanctions, including but not limited to, dismissal of the appeal.

IT IS SO ORDERED.

:   00

Initials of Preparer   SMOM

cc:   U.S. Bankruptcy Court, Central District of California